AO 91 (Rev. 11/11) Criminal Complaint (Rev. by USAO on 3/12/20) ☐ Original ☐ Duplicate Original

# UNITED STATES DISTRICT COURT
for the
Central District of California

FILED
CLERK, U.S. DISTRICT COURT

December 5, 2020

CENTRAL DISTRICT OF CALIFORNIA
BY: ___CD___ DEPUTY

United States of America

v.

GREGORY JOHNSON and
GREGORY ERIC JOHNSON,

Defendants

Case No. 5:20-mj-00639-DUTY

## CRIMINAL COMPLAINT BY TELEPHONE
## OR OTHER RELIABLE ELECTRONIC MEANS

I, the complainant in this case, state that the following is true to the best of my knowledge and belief.

On or about the date of December 4, 2020 in the county of San Bernardino, in the Central District of California, the defendan(s violated:

| Code Section | Offense Description |
|---|---|
| 18 U.S.C. § 1951(a) | Interference with Commerce by Robbery |
| 18 U.S.C. § 924(c)(1)(A)(i), (ii) | Use and Carry of a Firearm During and In Relation to a Crime of Violence, Possession of a Firearm in Furtherance of a Crime of Violence, and Brandishing a Firearm During a Crime of Violence, in violation of Title 18, United States Code |

This criminal complaint is based on these facts: *Please see attached affidavit.*

☒ Continued on the attached sheet.

/s/
Complainant's signature

Elizabeth Cardenas, Special Agent, FBI
Printed name and title

Attested to by the applicant in accordance with the requirements of Fed. R. Crim. P. 4.1 by telephone.

Date: December 5, 2020 at 5:12 p.m.

Judge's signature

City and state: Los Angeles, California

Hon. Jacqueline Chooljian, U.S. Magistrate Judge
Printed name and title

**AFFIDAVIT**

I, Elizabeth Langan Cardenas, being duly sworn, declare and state as follows:

## I.   INTRODUCTION

1. I am a Special Agent ("SA") with the Federal Bureau of Investigation ("FBI") and have been so employed for the past two years. I am currently assigned to the Violent Crime squad at the FBI Long Beach Resident Agency. My responsibilities with the FBI include bank robbery investigations in the Central District of California. I work in conjunction with Task Force Officers from the Los Angeles County Sheriff's Department (LASD) to investigate commercial and retail robberies.

2. Through the bank robbery and commercial/retail robbery investigations in which I have participated, I have used a variety of investigative techniques, including witness interviews, speaking with law enforcement agents and officers, reviewing surveillance images and cellular telephone data, and reviewing physical evidence. As a result of this experience and my conversations with other law enforcement personnel, to include FBI Special Agents and Local Law Enforcement Detectives experienced with commercial robbery investigations, I am familiar with the methods used by individuals to commit commercial robberies as well as effective investigative methods to solve them.

## II.   PURPOSE OF AFFIDAVIT

3. This affidavit is made in support of a criminal complaint against GREGORY JOHNSON ("GREGORY") and GREGORY ERIC

JOHNSON ("JOHNSON") for violations of 18 U.S.C. § 1951(a) (Interference with Commerce by Robbery) and §§ 924(c)(1)(A)(i), (ii) (Use and Carry of a Firearm During and In Relation to a Crime of Violence, Possession of a Firearm in Furtherance of a Crime of Violence, and Brandishing During a Crime of Violence).

4. The facts set forth in this affidavit are based upon my personal observations, my training and experience, and information obtained from various law enforcement personnel and witnesses. This affidavit is intended to show merely that there is sufficient probable cause for the requested complaint and warrant and does not purport to set forth all my knowledge of or investigation into this matter. Unless specifically indicated otherwise, all conversations and statements described in this affidavit are related in substance and in part only.

### III. SUMMARY OF PROBABLE CAUSE

5. As detailed below, on December 4, 2020, one suspect, believed to be GREGORY, robbed a Trader Joe's grocery store in Chino Hills, California. Following the robbery, a witness saw the robber enter the passenger side of a silver Toyota Highlander. The witness provided law enforcement with the description of the Highlander, a license plate number, and the directions in which the silver Highlander was traveling. Based on this information, law enforcement conducted a traffic stop of the Highlander. At the stop, law enforcement identified JOHNSON as the driver and GREGORY as the passenger of the silver Highlander. Law enforcement observed at that time that GREGORY was wearing the same clothing, specifically, a distinctive blue

"Air Jordan" sweatshirt, that the suspect wore during the robbery. After the arrest of JOHNSON and GREGORY, law enforcement searched the silver Highlander. During the search of the silver Highlander, law enforcement seized a loaded black semi-automatic handgun with a round chambered hidden underneath the steering wheel, a blue drawstring bag filled with $3,809.00 in cash, and a blue hooded sweatshirt.

## IV.   PROBABLE CAUSE

### A.   December 4, 2020 Trader Joe's Grocery Store Robbery

6.   On December 4, 2020, a suspect robbed the Trader Joe's grocery store, located at 13911 Peyton Drive, Chino Hills, California. I have reviewed the documentation from Trader Joe's, the surveillance footage, and spoken with witnesses from this robbery. Based on this, I am aware of the following:

   a.   At approximately 9:28 a.m., a male robber approached an employee working behind the manager's station. The robber entered the doors to the manager's station and brandished a black compact pistol with a silver ejector port in his right hand. Using the firearm, the robber motioned to the employee and gave the employee a blue drawstring bag. The employee proceeded to open a drawer with a key and turn around. While the employee was turned around, the robber took bundles of cash out of the drawer and placed it in the blue bag. The employee turned back to face the robber and placed other bundles of cash from a different location in the same blue bag. The robber then left the manager's station and began walking towards the registers. The robber was wearing a blue hooded sweatshirt

with the words "Air Jordan" on the front with the hood down, blue sweatpants, and black and white sneakers.

      b. Based on an inventory conducted by Trader Joe's, the amount taken by the robber during the robbery of the Trader Joe's was approximately $3,800.00 in cash.

    **B. Following the Robbery, a Witness Identified a Silver Toyota Highlander as the Suspect's Vehicle, Leading to the Arrest of GREGORY and JOHNSON**

    7. An eyewitness who was present outside the Trader Joe's, saw the robber, wearing black and white sneakers and carrying a blue bag, exit the Trader Joe's and enter the passenger side of a silver 2017 Toyota Highlander, license plate 8SIH394, in the parking lot.[1] As the silver Highlander exited the parking lot, the eyewitness followed the vehicle out of the parking lot and onto Peyton Drive. The witness called local law enforcement to report the silver Highlander and continued to follow the vehicle onto Grand Avenue, State Route 71 North, State Route 60 West, and Interstate 10 West.

    8. At the intersection of State Route 60 West and Interstate 10 West, California Highway Patrol officers conducted a traffic stop of the silver Highlander. At the time of the traffic stop, officers encountered a black male (later identified as JOHNSON) in the driver's seat and another black male (later identified as GREGORY) in the passenger's seat.

---

[1] This eyewitness was someone who had been hired by Trader Joe's to surveil the location in case there was a robbery. This witness received a notification from Trader Joe's that the robbery was in progress at that location and thus was in a position to observe the robber as he exited the store.

GREGORY was wearing the same clothing as the robber (i.e., a blue hooded sweatshirt with the words "Air Jordan" on the front, blue sweatpants, and black and white sneakers).

9. Based on my review of the surveillance camera footage from the December 4, 2020 robbery of the Trader Joe's grocery store, and a review of the details of GREGORY's arrest, including my own observations from the time of the arrest, I believe that the suspect appearing to hold a firearm and rob the manager's station was GREGORY. Specifically, at the time of his arrest, GREGORY was wearing what appeared to be the same blue hooded sweatshirt with the words "Air Jordan" on the front, the same blue sweatpants, and the same black and white sneakers. Each of these items were also visible from the surveillance video.

    **C.  During the Search of Silver Highlander Law Enforcement Located the Firearm from the Robbery, Ammunition, and a Bag Filled with Cash**

10. Following the arrest of GREGORY and JOHNSON, law enforcement searched their vehicle. During the search of the vehicle, law enforcement recovered the following:

    a. An SCCY, Model CPX-2, 9mm pistol with an obliterated serial number loaded with one round of 9mm ammunition in the chamber, nine rounds of 9mm ammunition in the inserted magazine, and featuring a silver ejector port;

    b. An additional loaded ammunition magazine located in the center console;

    c. A blue drawstring bag filled with approximately $3,800 cash located on the front passenger floorboard;

       d.    A black Raider's hat with a gold round sticker on the bill;

       e.    A gray sweatshirt with red and blue stripes on the shoulders;

       f.    A blue Champion brand sweatshirt;

       g.    Gray sweatpants;

       h.    A dark blue zip-up, hooded jacket;

       i.    A black Jansport backpack; and,

       j.    A Samsung cellular telephone located on the front passenger floorboard near the blue bag of money.

    **D.**    **Post _Miranda_ Statements**

    11.    On December 4, 2020, I, along with Los Angeles Sheriff's Department ("LASD") Detective Stephen Medina and Bureau of Alcohol, Tobacco, Firearms and Explosives ("ATF") SA Ryan Stearman, interviewed JOHNSON.  JOHNSON waived his _Miranda_ rights and the interview was audio and video recorded.  JOHNSON stated he was driving the Toyota Highlander and that his girlfriend rented it a few days prior.  JOHNSON said since renting the vehicle, he has been using it regularly.  JOHNSON said he purchased the firearm that was found in the Toyota Highlander.  JOHNSON identified GREGORY as his father.  JOHNSON did not want to talk about GREGORY's involvement in the robbery of the Trader Joe's.  JOHNSON stated he had only been involved in two of the Trader Joe's robberies; the robbery on December 4, 2020 and a prior robbery.  JOHNSON could not remember the exact city or date of the prior robbery but that it was dark outside at the time of the robbery.  JOHNSON further explained that his

involvement on both occasions was to drive to and from the robberies.

    12.  On December 4, 2020, I, along with LASD Detective Stephen Medina and ATF SA Ryan Stearman, also interviewed GREGORY. GREGORY waived his Miranda rights. During the interview, GREGORY said he did not know why he was arrested and that he did not have anything to say.

    **E.    Trader Joe's Grocery Store Robbery Series**

    13.  Law enforcement has been investigating a series of Trader Joe's robberies that appear to have been linked. Specifically, between the dates of August 28, 2020 and December 4, 2020, the following 20 armed robberies (in addition to the December 4, 2020 robbery in Chino Hills) were committed at 18 different Trader Joe's grocery store locations throughout Los Angeles, Orange, Riverside, San Bernardino, and Ventura counties resulting in the loss of approximately $57,000:

    a.  August 28, 2020, at approximately 8:45 p.m., the Trader Joe's grocery store located at 28901 Western Avenue, Rancho Palos Verdes, California;

    b.  September 9, 2020, at approximately 8:35 p.m., the Trader Joe's grocery store located at 1566 Colorado Boulevard, Los Angeles, California;

    c.  September 16, 2020, at approximately 8:38 p.m. the Trader Joe's grocery store located at 28941 Canwood Street, Agoura Hills, California;

   d. September 21, 2020, at approximately 8:41 p.m., the Trader Joe's grocery store located at 856 West Arrow Highway, San Dimas, California;

   e. September 30, 2020, at approximately 8:50 p.m., the Trader Joe's grocery store located at 1800 Rosecrans Avenue, Manhattan Beach, California;

   f. October 3, 2020, at approximately 8:47 p.m., the Trader Joe's grocery store located at 2500 East Imperial Highway, Brea, California;

   g. October 10, 2020, at approximately 8:12 p.m., the Trader Joe's grocery store, located at 2975 East Cochran Street, Simi Valley, California[2];

   h. October 12, 2020, at approximately 8:53 p.m., the Trader Joe's grocery store located at 604 West Huntington Drive, Monrovia, California;

   i. October 17, 2020, at approximately 9:00 p.m., the Trader Joe's grocery store located at 1198 Irvine Boulevard, Tustin, California;

   j. October 18, 2020, at approximately 8:58 p.m., the Trader Joe's grocery store located at 2462 Honolulu Avenue, Glendale, California;

   k. October 22, 2020, at approximately 8:50 p.m., the Trader Joe's grocery store located 12861 Towne Center Drive, Cerritos, California;

---

[2] This was an attempted robbery in which the suspect brandished a firearm at a Trader Joe's employee demanding that employees open the safe. However, employees did not comply and the suspect left the store.

l.  October 24, 2020, at approximately 8:40 p.m., the Trader Joe's grocery store located at 2790 Cabot Drive, Corona, California;

m.  November 6, 2020, at approximately 8:47 p.m., the Trader Joe's grocery store located at 9290 Culver Boulevard, Culver City, California;

n.  November 13, 2020, at approximately 8:20 p.m., the Trader Joe's grocery store located at 3035 East Huntington Drive, Pasadena, California;

o.  November 15, 2020, at approximately 6:27 p.m., the Trader Joe's grocery store located at 2500 East Imperial Highway, Brea, California;

p.  November 17, 2020, at approximately 9:35 a.m., the Trader Joe's grocery store located at 14443 Culver Drive, Irvine, California;

q.  November 19, 2020, at approximately 9:45 a.m., the Trader Joe's grocery store located at 28901 Western Avenue, Rancho Palos Verdes, California;

r.  November 27, 2020, at approximately 10:00 a.m., the Trader Joe's grocery store located at 3329 South Bristol Street, Santa Ana, California;

s.  November 29, 2020, at approximately 9:20 a.m., the Trader Joe's grocery store located at 14119 Riverside Drive, Sherman Oaks, California; and,

t.  December 1, 2020, at approximately 8:10 p.m., the Trader Joe's grocery store located at 10330 Mason Avenue, Chatsworth, California.

14.     Each robbery was committed by a single suspect who brandished a firearm.  All the robberies, with the exception of one, occurred approximately an hour after the store opened or within the hour before it closed.  In at least five of the robberies, the suspect was seen by witnesses entering the passenger side of the getaway vehicle indicating that more than one suspect was involved in the robberies.  The modus operandi of the robber as described in the police bulletin included entering the store, handing a bag or backpack to an employee and demanding the employee fill it with cash while brandishing a firearm.  The robber would then demand money from the safe and sometimes demand money from employees stationed at different registers.

15.     Several of the witness descriptions and surveillance images of the robber from the series depicted a black male, thin build, black hair, wearing a hooded sweatshirt and black and white sneakers, which is consistent with GREGORY's appearance.

**F.    Evidence Linking GREGORY to Prior Trader Joe's Robberies**

16.     In addition to the physical appearance of the robber being consistent with GREGORY, there are several factors linking GREGORY to the robberies of the Trader Joe's grocery stores under investigation.  These factors include but are not limited to:

a.    In several of the robberies, the pistol used by the suspect can be seen on surveillance video and appears to be

10

the same as the SCCY pistol recovered from the Highlander based on the compact size and silver ejector port.

   b. In several of the robberies, the suspect wore blue sweatpants and distinct black and white sneakers that appear to be the same shoes and sweatpants that GREGORY was wearing at the time of his arrest.

   c. In the October 3 robbery in Brea, the October 10 robbery in Simi Valley, and the October 12 robbery in Monrovia, the suspect getaway vehicle was described by witnesses as a newer model or black Dodge Charger.  A review of rental records of GREGORY's girlfriend[3] revealed that she rented a Dodge Charger from Enterprise Rent-A-Car in Inglewood, California from September 27, 2020 through October 24, 2020.

   d. During the November 6 robbery in Culver City, the suspect vehicle was described as a white Chevrolet Malibu.  On October 23, 2020, GREGORY was arrested by LASD deputies while in his girlfriend's 2016 white Chevrolet Malibu.  After getting into a dispute with his girlfriend, GREGORY allegedly took the car without his girlfriend's permission and she reported it stolen.  GREGORY told deputies he paid for the down payment on the vehicle but that the vehicle was in his girlfriend's name.  GREGORY was arrested for taking the vehicle without permission and was subsequently released.  Based on my training and experience, I know that robbery suspects often use vehicles that

---

[3] This female was identified as GREGORY's girlfriend because, as described below, on October 22 this female filed a police report against GREGORY and identified herself as GREGORY's girlfriend.  GREGORY also admitted this female was his girlfriend as set forth in subparagraph d.

11

are not registered to them to decrease the chances of being identified by law enforcement.

  e. In the November 13 robbery in Pasadena and the November 15 robbery in Brea, the suspect wore a dark blue zip-up hooded jacket consistent with the dark blue zip-up hooded jacket found in the silver Highlander following the traffic stop on December 4.

  f. During the November 13 robbery in Pasadena the suspect wore a blue hooded sweatshirt underneath the dark blue zip-up jacket. Also, during the November 27 robbery in Santa Ana, the suspect wore a blue hooded sweatshirt with a logo on the left chest area. The blue sweatshirt is consistent with the blue Champion sweatshirt found in the silver Highlander following the traffic stop on December 4.

  g. During the November 27 robbery in Santa Ana, the suspect placed the stolen money into a black backpack during the robbery. This backpack is consistent with the black Jansport backpack located in the silver Highlander following the traffic stop on December 4.

  h. During the November 29 robbery in Sherman Oaks, the suspect wore a black Raiders hat with a round gold sticker on the bill of the hat. This was identical to the hat located inside the silver Highlander following the traffic stop on December 4.

  i. During the December 1 robbery in Chatsworth, the suspect wore a sweatshirt with red and blue stripes on the shoulders and used a black Jansport backpack to conceal the

12

stolen money.  The sweatshirt was identical to the gray sweatshirt found in the Highlander, which had the same colored stripes on the shoulders.  The backpack used by the suspect appeared to be very similar to, if not the same, as the one found in the Highlander.  Additionally, the suspect vehicle was described by a witness as being a small gray SUV, which is consistent with the silver Highlander.

### G. Interstate Commerce

17.  On December 5, 2020, I spoke with Robert Camarena, Executive Vice President of Operations at Trader Joe's. Camarena stated that Trader Joe's is a national chain of neighborhood grocery stores with 514 stores in 42 states and the District of Columbia.  Trader Joe's is owned by TACT Holding Inc. and is headquartered in Monrovia, California. Trader Joe's regularly conducts credit card transactions.  In addition, Trader Joe's obtains goods to be sold in its store located throughout the United States.

//
//
//

## V. CONCLUSION

1. For all the reasons described above, there is probable cause to believe that GREGORY and JOHNSON violated 18 U.S.C. § 1951(a) (Interference with Commerce by Robbery) and §§ 924(c)(1)(A)(i), (ii) (Use and Carry of a Firearm During and In Relation to a Crime of Violence, Possession of a Firearm in Furtherance of a Crime of Violence, and Brandishing During a Crime of Violence) for their involvement in the December 4, 2020 robbery.

Attested to by the applicant in accordance with the requirements of Fed. R. Crim. P. 4.1 by telephone on this 5th day of December, 2020 at 5:12 p.m.

*[signature]*

HONORABLE JACQUELINE CHOOLJIAN
UNITED STATES MAGISTRATE JUDGE

14