**UNITED STATES DISTRICT COURT**
**CENTRAL DISTRICT OF CALIFORNIA**

| | |
|---|---|
| UNITED STATES OF AMERICA,<br>Plaintiff,<br><br>vs.<br><br>Gregory Eric Johnson<br><br><br><br>Defendant. | Southern Division<br><br>Case #: 5:20-MJ-00639-<br>DUTY-2          Complaint & Warrant<br>Initial App. Date: 12/07/2020          Custody<br>Time: 02:00 PM<br><br><br>Date Filed: 12/05/2020<br>Violation: 18 U.S.C. 1951 (a); 18 U.S.C. 924 (c)(1)<br>(A)(i), (ii)<br>CourtSmart/Reporter: Court Reporter: Deborah<br>Parker |

| PROCEEDINGS HELD BEFORE UNITED STATES<br>MAGISTRATE JUDGE: John D. Early | CALENDAR/PROCEEDINGS SHEET<br>LOCAL/OUT-OF-DISTRICT CASE |
|---|---|

**PRESENT:**

| Maria G. Barr | Jeffrey Chemerinsky | / None |
|---|---|---|
| --------------------------- | ------------------------------ | ------------------------------------------- |
| *Deputy Clerk* | *Assistant U.S. Attorney* | *Interpreter/Language* |

☑ Defendant informed of charge and right to: remain silent; appointment of counsel, if indigent; right to bail; bail review and ☑ preliminary hearing

☑ Defendant states true name is as charged.

☑ Defendant advised of consequences of false statement in financial affidavit.

☑ Attorney: John W. Barton ☑ Panel, ☑ Appointed

☑ Government's request for detention is: CONTINUED.

☑ Defendant is ordered: Temporarily Detained (see separate order).

☑ Preliminary Hearing waived.

☑ PIA set for January 12, 2021 at 10:00 AM in Riverside. .

☑ Case continued to (Date) December 15, 2020 (Time) 8:00 AM

☑ Type of Hearing: Detention Before Judge Early / Duty Magistrate Judge.

☑ Proceedings will be held in the Judge's Courtroom 6A via VTC

☑ Defendant committed to the custody of the U.S. Marshal

Deputy Clerk Initials: mba
00 : 20