

## UNITED STATES DISTRICT COURT
## CENTRAL DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA,<br>PLAINTIFF<br><br>v.<br><br>Gregory Eric Johnson,<br><br><br>DEFENDANT(S). | CASE NUMBER<br><br>5:20-mj-00639-DUTY-2<br><br>**ORDER OF TEMPORARY DETENTION<br>PENDING HEARING PURSUANT<br>TO BAIL REFORM ACT** |
|---|---|

Upon motion of <u>Defendant</u>, IT IS ORDERED that a detention hearing is set for <u>December 15</u>, <u>2020</u>, at <u>8:00</u> ☒ a.m. / ☐ p.m. before the Honorable <u>John D. Early</u>, in Courtroom <u>6A - via video</u>.

Pending this hearing, the defendant shall be held in custody by the United States Marshal or _____ and produced for the hearing.
*(Other custodial officer)*

Dated: <u>December 7, 2020</u>

JOHN D. EARLY   */s/ John D. Early*
U.S. ~~District Judge~~/Magistrate Judge